

FILED
CLERK, U.S. DISTRICT COURT
JAN 13 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>           Plaintiff,       )<br>                            )<br>     v.                     )<br>                            )<br>ALDO JONATHAN CASTRO,       )<br>                            )<br>           Defendant.       )<br>_____) | CASE NO. CR-10-00890-PSG<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the <u>Central District of California</u> involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. ( ✓ )  the appearance of defendant as required; and/or

    B. (   )  the safety of any person or the community.

2. The Court concludes:

    A. (   )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _failure to report to probation officer; prior failure to appear; failures to appear for drug testing_

IT IS ORDERED that defendant be detained.

DATED: January 13, 2021

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE